# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FRANCIS AMODU SMITH § | |
| § | Civil Action No. 4:18-CV-906 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CHARLES DAWSON OSBORNE, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 14, 2020, the report of the Magistrate Judge (Dkt. #31) was entered containing proposed findings of fact and recommendations that Plaintiff Francis Amodu Smith's Motion to Alter or Amend Judgment or, Alternatively, for New Trial (Dkt. #26) be denied. The Court extended the deadline to file objections to Friday, August 14, 2020 (Dkt. #34).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Francis Amodu Smith's Motion to Alter or Amend Judgment or, Alternatively, for New Trial (Dkt. #26) is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 18th day of August, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE